# EXHIBIT D

Case 3:26-cv-00209-JWD-RLB    Document 1-5    02/27/26    Page 1 of 3

EAST BATON ROUGE PARISH
Filed Mar 18, 2024 8:40 AM
Deputy Clerk of Court
E-File Received Mar 15, 2024 2:17 PM

C-741245
32

Case 3:26-cv-00209-JWD-RLB    Document 1-5    02/27/26    Page 2 of 3

ALEXANDER GIPSON JR.                    SUIT NO.    741245    SEC. 32

VERSUS                                  19TH JUDICIAL DISTRICT COURT

NATIONAL   GENERAL   INSURANCE          PARISH OF EAST BATON ROUGE
COMPANY AND KISHA PAUL
                                        STATE OF LOUISIANA

### FIRST SUPERSEDING AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff Alexander Gipson, Jr., who pursuant to Louisiana Code of Civil Procedure Article 1151, *et. seq.*, seeks leave of Court to file plaintiff's First Superseding and Amending Petition for Damages, which replaces and supersedes the plaintiff's original Petition for Damages as follows:

I.

By amending Paragraph 1 of the Petition for Damages by adding Paragraph 1(c) to read as follows:

"1.

\*    \*    \*

c)    **INTEGON   INDEMNITY   CORPORATION   ("INTEGON")**, a foreign insurance company licensed to do and doing business in the State of Louisiana, which may be served through its agent for service of process, the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809."

II.

By deleting every instance in the Petition for Damages of "National General," and replacing it with "National General and Integon."

III.

By deleting Paragraphs 16-22 of the Petition for Damages.

WHEREFORE, plaintiff Alexander Gipson, Jr. prays that:

1)    This First Amending and Supplemental Petition be filed as prayed for according to law;

2)    Except as amended herein, all of the allegations and prayers for relief of plaintiff's prior pleadings be repeated and reiterated as if recited herein *in extenso*;

3)    After the lapse of all delays and due proceedings had, that there be a judgement rendered herein in favor of plaintiff Alexander Gipson, Jr. and against the defendants jointly, individually and *in solido* for a sum of damages as reasonable under the premises together with legal interest from the date of judicial demand

1

until paid, and for all costs of these proceeding, and for the fees of expert witnesses; and

4) For all other orders and decrees necessary in the premises, for all the cost of these proceedings and for full, general and equitable relief.

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
Email:  PleadingService@simien.com
(225) 932-9221; (225) 932-9286 (fax)


_____*s/ Roy Bergeron, Jr.*_____
By:    Eulis Simien, Jr. Bar # 12077
         Jimmy Simien, Bar # 1598
         Roy Bergeron, Jr. Bar # 33726

2