**EXHIBIT E**

P-R-O-C-E-E-D-I-N-G-S

THE REPORTER:  We are on the record. Today's date is February (sic) 23, 2025.  The time is 1:02 p.m.

ALEXANDER GIPSON, JR., having been first duly sworn, testified as follows:

THE REPORTER:  Thank you.  You may put your hand down.  Go ahead, Counsel.

EXAMINATION

BY MR. OBERLE:

Q.   Sir, go ahead and state your full name for the record.

A.   Alexander Gipson, Jr.

Q.   Mr. Gipson, do you have a middle name?

A.   No, sir.

Q.   Okay.  What is your current address, Mr. Gipson?

A.   ███████████████████████

Q.   ██████

A.   ████████████████

Q.   Is that in -- what city is that in?

A.   ██████████  Texas.

Q.   Say it one more time?

A.   ████████

Q.   ████████  Okay.  Mr. Gipson, my name is

ALEXANDER GIPSON, JR.

questions, and either because of the passage of time or because of your injuries, you might -- may not remember, and telling me, Paul, I don't remember that, that's fine.  Okay?  And -- and like you just did, so if you don't know, just say I don't know.  Okay?

A.    Okay.

Q.    Very good.  Mr. Gipson, I understand that you are a married gentleman now; is that correct?

A.    Yes, sir.

Q.    And you got married to your wife.  Is that Jasmine?

A.    Yes, sir.

Q.    What -- and -- and is it J-A-S-M-I-N-E?  Is that correct?

A.    Yes, sir.

Q.    All right.  What was Jasmine's maiden name?

A.    ███████

Q.    Do you recall what date you and Jasmine got married?

A.    February 14th, 2025.

Q.    See, that's the -- the -- that's the most important thing for you to remember probably.  You've got to remember when you got married.

A.    (Nods head.)

ALEXANDER GIPSON, JR.

Q.    All right.  Where did you and Jasmine get married?

A.    In Wylie, Texas.  Inspiration.

Q.    Wylie, Texas -- what now?

A.    Wylie, Texas.

Q.    You said something after that.  I didn't catch it.  I'm sorry.

MR. SIMIEN:  It's okay.

Q.    That's okay.  That's fine.  And you got married in Wylie, Texas.  You've been married for a -- for a few months now?

A.    Yes, sir.

Q.    How did you and Ms. Jasmine meet?  How did you -- how did you know her?

A.    We met online.

Q.    You met online?  Is that -- did you know Jasmine before you were involved in your accident?

A.    Yes, sir.

Q.    Okay.  Had you met her before your accident online, like on a dating app, or something like that?

A.    Yes, sir.

Q.    Okay.  Were you and Jasmine in a relationship before -- well, I should say, at the time you were involved in your accident?

ALEXANDER GIPSON, JR.

guess?

THE WITNESS:  Mukkamala.

MR. BERGERON:  M-A-K-K-A-L-A-M-A (sic).

MR. OBERLE:  I see.

MR. BERGERON:  I think.

Q.   So Dr. Hollingsworth is your PCP --

A.   Yes, sir.

Q.   -- now.  Is -- do you know what city Dr. Hollingsworth's in?

A.   No, sir.

Q.   But in Texas -- that's a PCP you established once you moved to Texas, correct?

A.   Correct.

Q.   Okay.  Did you have a PCP when you were in Louisiana?

A.   No, sir.

Q.   Okay.  And then you're also seeing a couple of neurologists.  You go in and check with -- check in with them; is that correct?

A.   Yes, sir.

Q.   Are you seeing any other doctors on a regular bas- -- basis other than the three that you just mentioned to me currently?

A.   No, sir.