**EXHIBIT F**

Case 3:26-cv-00209-JWD-RLB     Document 1-7     02/27/26     Page 1 of 5

John R. Ashcroft Secretary of State
## 2024-2025 BIENNIAL REGISTRATION REPORT
### BUSINESS

| I00000754 |
| :---: |
| **Date Filed: 4/8/2024** |
| **John R. Ashcroft** |
| **Missouri Secretary of State** |

☒ I ELECT TO FILE A BIENNIAL REGISTRATION REPORT

**\*SECTION 1, 3 & 4 ARE REQUIRED**

| REPORT DUE BY: **4/30/2024** |
| --- |

RENEWAL MONTH:
**JANUARY**

☐ I OPT TO CHANGE THE CORPORATION'S
RENEWAL MONTH TO  FOR A $25.00 FEE

**I00000754**
**NATIONAL GENERAL INSURANCE COMPANY**
**CSC-LAWYERS INCORPORATING SERVICE COMPANY**
**221 BOLIVAR ST**
**JEFFERSON CITY MO  65101**

**1**

**PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:** *

**450 W Hanes Mill Rd Ste 101**                    (Required)

STREET
**Winston Salem       NC           27105-7414**
CITY / STATE                 ZIP

---

**2**

**If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.**

☐ The new registered agent _____
**IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW**
**REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.**

☐ The new registered office address _____

**Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.**

---

**3**

| OFFICERS<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).<br>**MUST LIST PRESIDENT AND SECRETARY BELOW** **A** | BOARD OF DIRECTORS *<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).<br>**MUST LIST AT LEAST ONE DIRECTOR BELOW** **B** |
| --- | --- |
| **PRESIDENT** Rendall, Peter<br>STREET 450 W Hanes Mill Rd Ste 101<br>CITY/STATE/ZIP **Winston Salem NC 27105-7414** | **NAME** Castellano, Berta<br>STREET 450 W Hanes Mill Rd Ste 101<br>CITY/STATE/ZIP **Winston Salem NC 27105-7414** |
| **SECRETARY** DeBiase, Christine<br>STREET 450 W Hanes Mill Rd Ste 101<br>CITY/STATE/ZIP **Winston Salem NC 27105-7414** | **NAME** Bolar, Donald<br>STREET 450 W Hanes Mill Rd Ste 101<br>CITY/STATE/ZIP **Winston Salem NC 27105-7414** |
| **VICE PRESIDENT** Macellaro, Patrick<br>STREET 450 W Hanes Mill Rd Ste 101<br>CITY/STATE/ZIP **Winston Salem NC 27105-7414** | **NAME** David, Adam<br>STREET 450 W Hanes Mill Rd Ste 101<br>CITY/STATE/ZIP **Winston Salem NC 27105-7414** |
| **VICE PRESIDENT** Bolar, Donald<br>STREET 450 W Hanes Mill Rd Ste 101<br>CITY/STATE/ZIP **Winston Salem NC 27105-7414** | **NAME** Hanes, Douglas<br>STREET 450 W Hanes Mill Rd Ste 101<br>CITY/STATE/ZIP **Winston Salem NC 27105-7414** |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

---

**4**

The undersigned understands that false statements made in this report are punishable for the crime of making a false *
declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable.

| **Authorized party or officer sign here** | **Meghan  Jauhar** | (Required) |
| --- | --- | --- |

| **Please print name and title of signer:** | **Meghan  Jauhar** / | **Assistant Secretary** |
| --- | --- | --- |
| | NAME | TITLE |

---

REGISTRATION REPORT FEE IS:
__$40.00 If filed on or before 4/30/2024
__$55.00 If filed on or before  5/31/2024
__$70.00 If filed on or before 6/30/2024
__$85.00 If filed on or before 7/31/2024
**ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.**

**WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW**
**IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION**
**PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE**

E-MAIL ADDRESS (OPTIONAL):    **lmave@allstate.com**

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

John R. Ashcroft Secretary of State
## 2024-2025 BIENNIAL REGISTRATION REPORT
BUSINESS


**I00000754**
**NATIONAL GENERAL INSURANCE COMPANY**
**CSC-LAWYERS INCORPORATING SERVICE COMPANY**
**221 BOLIVAR ST**
**JEFFERSON CITY MO  65101**

| OFFICERS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | BOARD OF DIRECTORS (Continued)<br>NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). |
|---|---|
| **_VICE PRESIDENT_**　　**Washburn, Joseph**<br>STREET　　　　　　**450 W Hanes Mill Rd Ste 101**<br>CITY/STATE/ZIP　　**Winston Salem  NC**<br>　　　　　　　　　**27105-7414** | **_DIR._**　　　　　**Borst, William III**<br>STREET　　　　　　**450 W Hanes Mill Rd Ste 101**<br>CITY/STATE/ZIP　　**Winston Salem  NC**<br>　　　　　　　　　**27105-7414** |
| **_TREASURER_**　　**Washburn, Joseph**<br>STREET　　　　　　**450 W Hanes Mill Rd Ste 101**<br>CITY/STATE/ZIP　　**Winston Salem  NC**<br>　　　　　　　　　**27105-7414** | **_DIR._**　　　　　**Rendall, Peter**<br>STREET　　　　　　**450 W Hanes Mill Rd Ste 101**<br>CITY/STATE/ZIP　　**Winston Salem  NC**<br>　　　　　　　　　**27105-7414** |
| **_ASSISTANT SECRETARY_**　　**Jauhar, Meghan**<br>STREET　　　　　　**450 W Hanes Mill Rd Ste 101**<br>CITY/STATE/ZIP　　**Winston Salem  NC**<br>　　　　　　　　　**27105-7414** | **_DIR._**　　　　　**Marcotte, Kenneth**<br>STREET　　　　　　**450 W Hanes Mill Rd Ste 101**<br>CITY/STATE/ZIP　　**Winston Salem  NC**<br>　　　　　　　　　**27105-7414** |
| **_CFO_**　　**Macellaro, Patrick**<br>STREET　　　　　　**450 W Hanes Mill Rd Ste 101**<br>CITY/STATE/ZIP　　**Winston Salem  NC**<br>　　　　　　　　　**27105-7414** | **_DIR._**　　　　　**Layman, Thomas**<br>STREET　　　　　　**450 W Hanes Mill Rd Ste 101**<br>CITY/STATE/ZIP　　**Winston Salem  NC**<br>　　　　　　　　　**27105-7414** |
| **_CHAIRMAN_**　　**Rendall, Peter**<br>STREET　　　　　　**450 W Hanes Mill Rd Ste 101**<br>CITY/STATE/ZIP　　**Winston Salem  NC**<br>　　　　　　　　　**27105-7414** | **_DIR._**　　　　　**Inciong, Sarah**<br>STREET　　　　　　**450 W Hanes Mill Rd Ste 101**<br>CITY/STATE/ZIP　　**Winston Salem  NC**<br>　　　　　　　　　**27105-7414** |
| **_OFFICER_**　　**Hwang, Christina**<br>STREET　　　　　　**450 W Hanes Mill Rd Ste 101**<br>CITY/STATE/ZIP　　**Winston Salem  NC**<br>　　　　　　　　　**27105-7414** | **_DIR._**　　　　　**Bendtsen, Cheryl**<br>STREET　　　　　　**5630 University Pkwy**<br>CITY/STATE/ZIP　　**Winston Salem  NC**<br>　　　　　　　　　**27105-1312** |
| | **_DIR._**　　　　　**Moloney, Lawrence**<br>STREET　　　　　　**5630 University Pkwy**<br>CITY/STATE/ZIP　　**Winston Salem  NC**<br>　　　　　　　　　**27105-1312** |
| **_OFFICER_**　　**Band, Alexandra**<br>STREET　　　　　　**450 W Hanes Mill Rd Ste 101**<br>CITY/STATE/ZIP　　**Winston Salem  NC** | **_DIR._**　　　　　**Hall, George Jr**<br>STREET　　　　　　**5630 University Parkway**<br>CITY/STATE/ZIP　　**Winston-Salem  NC**<br>　　　　　　　　　**27105** |

**REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED**
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

John R. Ashcroft Secretary of State
## 2024-2025 BIENNIAL REGISTRATION REPORT
BUSINESS

| 27105-7414 | |
|---|---|
| | |



**Legal Name:**          NATIONAL GENERAL INSURANCE COMPANY

**Company Type:**      P&C Domestic Stock

**Domicile:**              County of Cook, Illinois

**Parent Company:**

**Status:**                 Active

**FEIN:**                   43-0890050

**NAIC Code:**           8 23728

**Incorporated Date:** 11/2/1966

Addresses

| Administrative Mailing | Corporate Home | Company Registered Agent |
|---|---|---|
| P.O. Box 3199<br>Winston-Salem,  NC    27102 3199 | 3100 Sanders Road<br>Suite 201<br>Northbrook,  IL    60062 | CT Corporation System<br>208 South LaSalle Street, Suite 814<br>Chicago,  IL    60604 |

Phone Numbers

| Business |
|---|
| (800) 526-0332 |

<-- Back to Search Results