**EXHIBIT G**



# INSURANCE COMPANY ANNUAL REPORT

10-2017

**Under the Provisions of N.C.G.S. Chapter 58**

NAME OF BUSINESS CORPORATION:  Integon Indemnity Corporation

SECRETARY OF STATE ID NUMBER:  0074185          STATE OF FORMATION:  NC

REPORT FOR THE FISCAL YEAR END:  12/31/2024

> E - Filed Annual Report
> 0074185
> CA202509407749
> 4/4/2025 02:38
>
> ☐ Changes

## SECTION A: REGISTERED AGENT'S INFORMATION

**1.** NAME OF REGISTERED AGENT:  Corporation Service Company

**2.** SIGNATURE OF THE NEW REGISTERED AGENT:

SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT

**3.** REGISTERED AGENT OFFICE STREET ADDRESS **& COUNTY**

2626 Glenwood Avenue,

Raleigh, NC 27608 Wake County

**4.** REGISTERED AGENT OFFICE MAILING ADDRESS

2626 Glenwood Avenue,, Suite 550

Raleigh, NC 27608

## SECTION B: PRINCIPAL OFFICE INFORMATION

**1. DESCRIPTION OF NATURE OF BUSINESS:**  Insurance company

**2. PRINCIPAL OFFICE PHONE NUMBER:**  (800) 526-0332

**3. PRINCIPAL OFFICE EMAIL:**  Privacy Redaction

**4.** PRINCIPAL OFFICE STREET ADDRESS

450 W. Hanes Mill Road, Ste 101

Winston Salem, NC 27105-1312

**5.** PRINCIPAL OFFICE MAILING ADDRESS

PO Box 3199

Winston Salem, NC 27102

**6. Select one of the following if applicable. (Optional see instructions)**

☐ The company is a veteran-owned small business

☐ The company is a service-disabled veteran-owned small business

## SECTION C: OFFICERS (Enter additional officers in Section E.)

| NAME: Peter Rendall | NAME: Meghan Jauhar | NAME: Christina Hwang |
|---|---|---|
| TITLE: President | TITLE: Assistant Secretary | TITLE: Senior Vice President |
| ADDRESS: | ADDRESS: | ADDRESS: |
| 450 W. Hanes Mill Road | 450 W. Hanes Mill Road | 450 W. Hanes Mill Road |
| Winston-Salem, NC 27105 | Winston-Salem, NC 27105 | Winston-Salem, NC 27105 |

## SECTION D: CERTIFICATION OF ANNUAL REPORT. Section D must be completed in its entirety by a person/business entity.

Meghan Jauhar                                                          4/4/2025

SIGNATURE                                                                    DATE

Form must be signed by an officer listed under Section C of this form.

Meghan Jauhar                                                          Assistant Secretary

Print or Type Name of Officer                               Print or Type Title of Officer

MAIL TO: Secretary of State, Business Registration Division, Post Office Box 29525, Raleigh, NC 27626-0525

NAME:   Julie Cho

TITLE:   Secretary

ADDRESS:

450 W. Hanes Mill Road

Winston-Salem, NC 27105

NAME:

TITLE:

ADDRESS:


NAME:

TITLE:

ADDRESS:


NAME:

TITLE:

ADDRESS:


NAME:

TITLE:

ADDRESS:


NAME:   Mario Imbarrato

TITLE:   Treasurer

ADDRESS:

450 W. Hanes Mill Road

Winston-Salem, NC 27105

NAME:

TITLE:

ADDRESS:


NAME:

TITLE:

ADDRESS:


NAME:

TITLE:

ADDRESS:


NAME:

TITLE:

ADDRESS:


NAME:   Toby Tomlin

TITLE:   Chief Financial Officer

ADDRESS:

450 W. Hanes Mill Road

Winston-Salem, NC 27105

NAME:

TITLE:

ADDRESS:


NAME:

TITLE:

ADDRESS:


Name:

TITLE:

ADDRESS:


NAME:

TITLE:

ADDRESS:



**ILLINOIS DEPARTMENT OF INSURANCE**

**Legal Name:** INTEGON INDEMNITY CORPORATION
**Company Type:** P&C Domestic Stock
**Domicile:** County of Cook, Illinois
**Parent Company:**
**Status:** Active
**FEIN:** 56-0473714
**NAIC Code:** 8 22772
**Incorporated Date:** 12/16/1946

Addresses

| Corporate Home | Company Registered Agent | Administrative Mailing |
|---|---|---|
| 3100 Sanders Road<br>Suite 201<br>Northbrook,  IL    60062 | CT Corporation System<br>208 South LaSalle Street, Suite 814<br>Chicago,  IL    60604 | P O Box 3199<br>Winston Salem,  NC    27102 3199 |

Phone Numbers

| Business |
|---|
| (336) 435-2000 |

[<-- Back to Search Results](#)

**ARTICLES OF CONVERSION**

**OF**

**INTEGON INDEMNITY CORPORATION**

**ARTICLE I**

The name of the corporation is Integon Indemnity Corporation (the "Company"). The Company is a North Carolina domestic insurance company.

**ARTICLE II**

The Company filed a request to redomesticate the Company from the State of North Carolina to the State of Illinois with the North Carolina Commissioner of Insurance on October 22, 2025, and with the Director of the Illinois Department of Insurance on October 10, 2025. Such requests were approved by the North Carolina Commissioner of Insurance and the Director of the Illinois Department of Insurance.

**ARTICLE III**

The Company is duly licensed as an insurer in the State of North Carolina and the State of Illinois.

**ARTICLE IV**

Upon the effectiveness of these Articles of Conversion, the Company shall cease to be a stock insurance company organized under the laws of, and domiciled in, the State of North Carolina and shall become a stock insurance company organized under the laws of, domiciled in, and subject to the laws of the State of Illinois. The Company shall operate under the name Integon Indemnity Corporation, retaining its original date of incorporation, being December 16, 1946.

## **ARTICLE V**

These Articles of Conversion shall be effective as of February 18, 2026 (the "Effective Date"), on and after such Effective Date the Company shall no longer be a North Carolina domestic insurance company but shall be licensed as a foreign insurer in the State of North Carolina.

**IN WITNESS WHEREOF**, the undersigned have executed these Articles of Conversion this 18th day of February, 2026.

INTEGON INDEMNITY CORPORATION

By: _____
Name:  Jennifer A. Brown
Title:  Assistant Secretary

# NC DEPARTMENT of INSURANCE

**MIKE CAUSEY, COMMISSIONER**

FINANCIAL ANALYSIS DIVISION

I, Mike Causey, Commissioner of Insurance in and for the State of North Carolina, do hereby certify that:

I have carefully examined the Articles of Conversion of Integon Indemnity Corporation and I find said Articles of Conversion in compliance with the requirements of the laws pertaining thereto and I accordingly approve said Articles of Conversion and certify same unto the Office of the Secretary of State of the State of North Carolina as required by law.

In testimony whereof I have hereunto set my hand and affixed my official seal at the city of Raleigh, this 11th day of February, A.D. 2026.



_____
Mike Causey
Commissioner of Insurance

By _____

Jessica Price, CPA
Deputy Commissioner and Chief Financial Analyst
Financial Analysis Division