**EXHIBIT J**

| | | |
|---|---|---|
| ALEXANDER GIPSON, JR. | § | NUMBER: 773437 SEC 25 |
| VERSUS | § | 19TH JUDICIAL DISTRICT COURT |
| NATIONAL GENERAL INSURANCE COMPANY AND INTEGON INDEMNITY CORPORATION | § | E. BATON ROUGE PARISH, LA |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446(d), the undersigned, on behalf of Defendants, National General insurance Company ("NGIC") and Integon Indemnity Corporation ("Integon"), hereby provides notice that it has filed a Notice of Removal of this action in and to the United States District Court for the Middle District of Louisiana. A copy of the Notice of Removal is attached hereto as Exhibit A.

Dated: 2|27|26

Respectfully submitted,

RICHIE, RICHIE & OBERLE, L.L.P.

By _____
PAUL D. OBERLE, JR. (Bar # 24585)
Byron A. Richie (Bar # 11254)
1800 Creswell Ave. (71101)
P. O. Box 44065
Shreveport, Louisiana 71134-4065
Telephone: (318) 222-8305
Facsimile: (318) 227-8311
E-mail Address: pdoberle@rrolawfirm.com
E-mail Address: barichie@rrolawfirm.com
ATTORNEYS FOR NATIONAL GENERAL
INSURANCE COMPANY AND INTEGON INDEMNITY
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify this pleading has been served on all counsel of record, by e-mail, telefacsimile, or by placing a copy of same in the United States mail, postage prepaid and properly addressed this ___ day of _____, 2026.

_____
RICHIE, RICHIE, & OBERLE, L.L.P.