**EXHIBIT K**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALEXANDER GIPSON, JR. | * | CIVIL ACTION NO: 3:26-cv-00209 |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | JUDGE: |
| | * | |
| NATIONAL GENERAL | * | |
| INSURANCE COMPANY | * | |
| AND | * | |
| INTEGON INDEMNITY | * | MAG. JUDGE: |
| CORPORATION | * | |
| | * | |
| Defendants. | * | |

_____/

## **DEFENDANT, NATIONAL GENERAL INSURANCE COMPANY'S STATEMENT OF CORPORATE DISCLOSURE**

NOW INTO COURT, through undersigned counsel, comes defendant, National General Insurance Company, who files this Corporate Disclosure in compliance with Federal Rule of Civil Procedure 7.1.

National General Insurance Company, an Illinois insurance company, is a wholly-owned subsidiary of National General Holdings Corp., which is a Delaware corporation. National General Holdings Corp. is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company.

Richie, Richie & Oberle, L.L.P.                                                                    7.4988B

Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

RICHIE, RICHIE & OBERLE, L.L.P.

By: s/Paul D. Oberle, Jr._____
  PAUL D. OBERLE, JR. (Bar # 24585)
  Byron A. Richie (Bar # 11254)
  1800 Creswell Ave. (71101)
  P. O. Box 44065
  Shreveport, Louisiana 71134-4065
  Telephone: (318) 222-8305
  Facsimile: (318) 227-8311
  E-mail Address:  pdoberle@rrolawfirm.com
  E-mail Address: barichie@rrolawfirm.com
  ATTORNEYS FOR NATIONAL GENERAL
  INSURANCE COMPANY AND INTEGON
  INDEMNITY CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/Paul D. Oberle, Jr._____
**RICHIE, RICHIE, & OBERLE, L.L.P.**