# EXHIBIT L

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALEXANDER GIPSON, JR. | * | CIVIL ACTION NO: 3:26-cv-00209 |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | JUDGE: |
| | * | |
| NATIONAL GENERAL | * | |
| INSURANCE COMPANY | * | |
| AND | * | |
| INTEGON INDEMNITY | * | MAG. JUDGE: |
| CORPORATION | * | |
| | * | |
| Defendants. | * | |

_____/

## <u>INTEGON INDEMNITY CORPORATION'S STATEMENT OF CORPORATE DISCLOSURE</u>

NOW INTO COURT, through undersigned counsel, comes defendant, Integon Indemnity Corporation, who files this Corporate Disclosure in compliance with Federal Rule of Civil Procedure 7.1.

Integon Indemnity Corporation, an Illinois insurance company, is a wholly-owned subsidiary of National General Management Corp., which is a Delaware corporation. National General Management Corp. is a wholly-owned subsidiary

of National General Holdings Corp., which is a Delaware corporation. National General Holdings Corp. is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company. Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

RICHIE, RICHIE & OBERLE, L.L.P.

By: s/Paul D. Oberle, Jr._____
       PAUL D. OBERLE, JR. (Bar # 24585)
       Byron A. Richie (Bar # 11254)
       1800 Creswell Ave. (71101)
       P. O. Box 44065
       Shreveport, Louisiana 71134-4065
       Telephone: (318) 222-8305
       Facsimile: (318) 227-8311
       E-mail Address:  pdoberle@rrolawfirm.com
       E-mail Address: barichie@rrolawfirm.com
       ATTORNEYS FOR NATIONAL GENERAL
       INSURANCE COMPANY AND INTEGON
       INDEMNITY CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/Paul D. Oberle, Jr.

**RICHIE, RICHIE, & OBERLE, L.L.P.**