# EXHIBIT M

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALEXANDER GIPSON, JR.          *     CIVIL ACTION NO: 3:26-cv-00209
                               *
        Plaintiff,             *
                               *
V.                             *     JUDGE:
                               *
NATIONAL GENERAL               *
INSURANCE COMPANY              *
AND                            *
INTEGON INDEMNITY              *     MAG. JUDGE:
CORPORATION                    *
                               *
        Defendants.            *
_____/

## DEFENDANT, NATIONAL GENERAL INSURANCE COMPANY'S DIVERSITY JURISDICTION DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, National General Insurance Company, who files this Diversity Jurisdiction Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1(a)(2).

National General Insurance Company, an Illinois insurance company, with a corporate home address of 3100 Sanders Road, Suite 201, Northbrook, Illinois 60062 but a principal place of business is 450 W. Hanes Mill Rd. Suite 101,

Richie, Richie & Oberle, L.L.P.                                    7.4988B

Winston Salem, North Carolina 27105 as well as an administrative mailing address is P.O. Box 3199, Winston Salem, North Carolina 27102. It also has a registered office address of 221 Bolivar Street, Jefferson City, Missouri 65101.

National General Insurance Company is a wholly-owned subsidiary of National General Holdings Corp., which is a Delaware corporation. National General Holdings Corp. is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company.

Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

RICHIE, RICHIE & OBERLE, L.L.P.

By: s/Paul D. Oberle, Jr.
      PAUL D. OBERLE, JR. (Bar # 24585)
      Byron A. Richie (Bar # 11254)
      1800 Creswell Ave. (71101)
      P. O. Box 44065
      Shreveport, Louisiana 71134-4065
      Telephone: (318) 222-8305
      Facsimile: (318) 227-8311
      E-mail Address: pdoberle@rrolawfirm.com
      E-mail Address: barichie@rrolawfirm.com

ATTORNEYS FOR NATIONAL GENERAL INSURANCE COMPANY AND INTEGON INDEMNITY CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, I electronically filed the  foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.


s/Paul D. Oberle, Jr._____
**RICHIE, RICHIE, & OBERLE, L.L.P.**