# EXHIBIT N

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALEXANDER GIPSON, JR. | * | CIVIL ACTION NO: 3:26-cv-00209 |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | JUDGE: |
| | * | |
| NATIONAL GENERAL | * | |
| INSURANCE COMPANY | * | |
| AND | * | |
| INTEGON INDEMNITY | * | MAG. JUDGE: |
| CORPORATION | * | |
| | * | |
| Defendants. | * | |

_____/

## **DEFENDANT, INTEGON INDEMNITY CORPORATION'S DIVERSITY JURISDICTION DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes defendant, Integon Indemnity Corporation, who files this Diversity Jurisdiction Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1(a)(2).  Integon Indemnity Corporation, presently and as of February 18, 2026, is an Illinois insurance company, with a corporate home address is 3100 Sanders Road, Suite 201, Northbrook, Illinois 60062. However, on or about January 28, 2026, Integon was a North Carolina corporation, with its principal place of business in Winston

Richie, Richie & Oberle, L.L.P.                                                                    7.4988B

Salem, North Carolina; specifically, 450 W. Hanes Mill Rd. Suite 101, Winston Salem, North Carolina 27105, with an administrative mailing address is P.O. Box 3199, Winston Salem, North Carolina  27102.

Integon Indemnity Corporation is a wholly-owned subsidiary of National General Management Corp., which is a Illinois corporation. National General Management Corp. is a wholly-owned subsidiary of National General Holdings Corp., which is a Delaware corporation. National General Holdings Corp. is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company.

Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware corporation. The stock of The Allstate Corporation is publicly traded.  No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

RICHIE, RICHIE & OBERLE, L.L.P.

By: s/Paul D. Oberle, Jr._____
PAUL D. OBERLE, JR. (Bar # 24585)
Byron A. Richie (Bar # 11254)
1800 Creswell Ave. (71101)
P. O. Box 44065
Shreveport, Louisiana 71134-4065
Telephone: (318) 222-8305

Facsimile: (318) 227-8311
E-mail Address:  pdoberle@rrolawfirm.com
E-mail Address: barichie@rrolawfirm.com
ATTORNEYS FOR NATIONAL GENERAL
INSURANCE COMPANY AND INTEGON
INDEMNITY CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically filed the  foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/Paul D. Oberle, Jr._____
**RICHIE, RICHIE, & OBERLE, L.L.P.**